UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SPEAK UP WEKIVA, INC.              CASE NO.:  6:20-cv-1173-Orl-22DCI

    Plaintiff,

    v.

GOVERNOR RONALD DeSANTIS,
in his Official Capacity as Governor of
Florida,

    Defendant.
_____

### NOTICE OF DISMISSAL OF COMPLAINT WITHOUT PREJUDICE

The Plaintiff, by and through undersigned attorney, hereby files this Notice of Dismissal Without Prejudice of the above-referenced claim.

July 21, 2020

                                                       */s/  Steven M. Meyers*
                                                       Meyers & Stanley
                                                       1105 E Concord Street
                                                       Orlando, Fl 32803
                                                       407-849-0941
                                                       smm@meyersstanley.com
                                                       Attorney for Plaintiff
                                                       Fla. Bar No.:  0755869